## SUPREME COURT.

BRUCE agt. THE DELAWARE AND HUDSON CANAL CO.

In this case the Supreme Court, in the third district, at the last general term, held at Albany, in December 1853, decided that section 324 of the Code applied as well to injunction orders as to other orders. That the special provision made by section 225, was in addition to the powers conferred by section 324, and not intended as a substitute for them, thus overruling Mills agt. Thursby, (1 *Code Rep.* 121.) The court thus held that it was competent for a judge to vacate or modify an injunction order, without notice, but that it was not the better practice, and should never be done except when, from the urgency of the case, it was necessary to guard against serious loss, which sometimes might be occasioned by the delay incident to serving notice.